**STATE of Missouri, Respondent,**

v.

**Leslie Alan DELBRUEGGE, Appellant.**

**No. 63705.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 8, 1994.

Donald K. Gerard, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

A jury convicted defendant of assault in the second degree. Defendant was sentenced to six months in the county jail and fined $1,000. Defendant appeals the judgment entered on this conviction. No jurisprudential purpose would be served by a written opinion in this case. The judgment is affirmed in accordance with Rule 30.25(b).